UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JAMES BUCCHINO AND
NICOLE BUCCHINO,
      Appellants,

v.                           No.  2:10-CV-01177-BB-CG

WELLS FARGO BANK, N.A.,
      Appellee

**ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

This matter came before the Court on Appellee Wells Fargo Bank, N.A.'s Unopposed Motion to Exceed Page Limit.

The court having considered the motion, noting that approval was obtained for the motion from Appellants' counsel, and finding it well-taken;

IT IS HEREBY ORDERED that the motion is GRANTED.  Wells Fargo Bank is permitted to file an Answer Brief up to 40 pages in length.

_____
HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

**Submitted by:**

KELEHER & McLEOD, P.A.

By: s/ submitted electronically
James L. Rasmussen
Spencer Reid
P.O. Box AA

Albuquerque, NM 87103
Attorneys for Wells Fargo Bank, N.A.


Approved by:

**Counsel for Appellants:**

By:  approved by e-mail 01/12/11 per JLR
Michael K Daniels
Attorney at Law
PO Box 1640
Albuquerque, New Mexico  87103-1640
Telephone:  (505) 246-9385
Facsimile:  (505) 246-9104


110498