**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOSEPH BUCCHINO and NICHOLE BUCCHINO,

    Appellants,

vs.                                                                           No. CV 10-1177 BB/CG

WELLS FARGO BANK, N.A.

    Appellee.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    **THIS MATTER** comes before the Court on the United States Magistrate Judge's *Proposed Findings and Recommended Disposition*, ("PFRD") (Doc. 31), filed April 15, 2011. The parties were informed of their ability to file objections to the PFRD. (*Id.* at 15). Appellants filed objections to the PFRD without specifying the nature or basis for their objections. (*See* Doc. 32; Doc. 33). Appellants merely cite to their appellate brief. (Doc. 32 ("Come now James and Nichole Bucchino . . . and object to the Proposed Findings and Recommended Disposition provided by the U.S. Magistrate Judge, and as grounds therefore cite the Court to Appellant's Brief, filed in this matter December 30, 2010 as Docket no. 23.")). This Court conducted a *de novo* review of the PFRD to determine the validity of Appellants' objections. *See* 28 U.S.C. § 636(b)(1). The Court **FINDS** that the PFRD is well-reasoned and should be adopted. The Court will therefore overrule Appellants' objections.

**IT IS HEREBY ORDERED AS FOLLOWS**

1) The United States Magistrate Judge's *Proposed Findings and Recommended Disposition*, (Doc. 31), is adopted by this Court.

2) The decision of the United States Bankruptcy Court is **AFFIRMED**.

3) A final order will be entered concurrently herewith.

_____
CHIEF UNITED STATES DISTRICT JUDGE